## Commonwealth *v.* Paris, Appellant.

 Argued March 20, 1972. *John L. Rolfe,* Assistant Defender, with him *Francis S. Wright,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Patterson, Appellant.

 Submitted March 20, 1972. *William C. Foster,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.